# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EFRAIN SANTIAGO MATOS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KILOLO KIJAKAZI, | : | |
| Acting Commissioner of | : | |
| Social Security | : | NO. 22-3459 |

## O R D E R

AND NOW, this 17th day of April, 2023, upon consideration of Defendant's Motion to Dismiss Plaintiff's Complaint, filed in this matter as ECF Document 14, it is HEREBY ORDERED that the Motion is GRANTED, and this matter DISMISSED WITH PREJUDICE.

The Clerk of Court is hereby directed to mark this case as CLOSED.

BY THE COURT:

*/s/ Scott W. Reid*

SCOTT W. REID
UNITED STATES MAGISTRATE JUDGE